United States District Court
Southern District of Texas
**ENTERED**
June 24, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YUDITH C. [1], | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-430 |
| | § | |
| NORMA LIMON, *et al.*, | § | |
|     Defendant. | § | |

## ORDER RESETTING INITIAL PRETRIAL CONFERENCE AND JOINT DISCOVERY/CASE MANAGEMENT PLAN DEADLINEs

The Court previously set an initial pretrial and scheduling conference for July 22, 2026, at 9:30 A.M., and the Court previously set the deadline to submit a joint discovery/case management plan that includes a proposed scheduling order for July 20, 2026. Now, the Court resets these deadlines considering the extension granted in the Court's order at Dkt. No. 12.

The Court **RESETS** the initial pretrial and scheduling conference for **August 27, 2026, at 9:30 A.M**. All parties may appear in-person or via videoconference. The Court will send instructions for videoconferencing by no later than Wednesday, August 26, 2026.

The Court **RESETS** the deadline to submit in one filing with the U.S. District Clerk a joint discovery/case management plan that includes a proposed scheduling order for **no later than August 26, 2026**.

Signed on June 24, 2026.

_____
Karen Betancourt
United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.