United States District Court
Southern District of Texas
**ENTERED**
August 25, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YUDITH C.[1], Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 1:26-cv-430 |
| NORMA LIMON, *et al.*, Defendant. | § § § | |

**ORDER RESETTING INITIAL PRETRIAL CONFERENCE**

The Court previously rescheduled an initial pretrial and scheduling conference for August 27, 2026, at 9:30 A. M. Considering the second extension granted in the Court's Order at Dkt. No. 15, the Court now resets the initial pretrial conference.

The Court **RESETS** the initial pretrial conference for **Wednesday, September 9, 2026, at 1:30 P. M.** All parties may appear in-person or via videoconference. The Court will send instructions for videoconferencing by no later than Tuesday, September 8, 2026.

The Court also clarifies that the deadline to submit a joint discovery plan continues to be **no later than August 26, 2026.**

Signed on August 25, 2026.

Karen Betancourt
United States Magistrate Judge

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the claimant only by first name and last initial.