United States District Court
Southern District of Texas
**ENTERED**
September 10, 2026
Nathan Ochsner, Clerk

**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| YUDITH YURAKEN CAPETILLO, "Plaintiff," | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00430 |
| | § | |
| NORMA LIMON, *et al*., "Defendants." | § | |
| | § | |
| | § | |

**ORDER**

Before the Court is Plaintiff's "Agreed Motion to Dismiss" ("MTD") (Dkt. No. 20).

Having reviewed the MTD, the Court finds that good cause exists to permit voluntary dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Accordingly, Plaintiff's MTD (Dkt. No. 20) is **GRANTED**. Plaintiff's claims against the Defendants are **DISMISSED without prejudice**. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this September 10, 2026

Rolando Olvera
United States District Judge